UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                   :

MUJAHID ABDUL MALIKIL WASHINGTON,     :

                                   :

              Plaintiff,          :

                                   :          26-CV-1555 (JMF)

      -v-                        :

                                   :            ORDER

COMMISSIONER OF SOCIAL SECURITY,      :

                                   :

             Defendant.       :

                                   :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's March 20, 2026 Order, ECF No. 11, Plaintiff's Counsel was required to file a notice of appearance on the docket no later than March 27, 2026, and both parties were required to file a joint letter no later than April 3, 2026. To date, no one has appeared on behalf of Plaintiff, and no letter has been filed. As a courtesy, both deadlines are hereby EXTENDED, *nunc pro tunc*, to **April 14, 2026**. Failure to comply by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated: April 7, 2026
      New York, New York                       _____
                                        JESSE M. FURMAN
                                  United States District Judge